437 A.2d 745

**COMMONWEALTH of Pennsylvania**

v.

**June O'BRYANT, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1981.

Decided Dec. 17, 1981.

Mark E. Kogan, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Sarah Vandenbraak, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.